No. 731

First Circuit

GORDY v. CALCASIEU GIN CO., INC.

(January 26, 1931. Opinion and Decree.)

Nugier & Gordy of Abbeville, attorneys for plaintiff, appellee.

F. J. Samson, of Abbeville, attorney for defendant, appellant.

LeBLANC, J. For the reasons stated in the opinion this day handed down in the case of Walter H. Gordy v. Calcasieu Gin Co., Inc., page 408 herein, 132 So. 277, the judgment of the lower court in favor of the plaintiff herein, Mrs. Laura P. Gordy, against the defendant, Calcasieu Gin Co., Inc., in the sum of $200 is hereby affirmed. Appellant to pay all costs of this appeal.